IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINCENT ELLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-707-WKW |
| ) | [WO] |
| WILL SLATER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 19, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 13th day of March, 2019.

          /s/ W. Keith Watkins
         UNITED STATES DISTRICT JUDGE